# EXHIBIT INDEX

**Norwood v. University of Mississippi, et al.**
Northern District of Mississippi, Oxford Division

| Exhibit | Description |
|---|---|
| A | EEOC Charge No. 490-2026-00516 (filed April 23, 2026) |
| B | EEOC Notice of Right to Sue, Charge No. 490-2026-00516 (issued April 29, 2026) |
| C | U.S. Dept. of Education OCR Referral/Dismissal Letter, OCR Complaint No. 06262017 (April 29, 2026) |
| D | EEOC Charge No. 490-2026-02296 (signed May 21, 2026) |
| E | EEOC Notice of Right to Sue, Charge No. 490-2026-02296 (issued May 21, 2026) |
| F | EEOC Re-Transmittal Cover Letter, Enforcement Supervisor Lynda Fier (May 28, 2026) |