AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

| | |
|---|---|
| Natalia J. Norwood<br>*Plaintiff(s)*<br>v.<br>The University of Mississippi et al<br>*Defendant(s)* | Civil Action No. 3:26-cv-00213-JDM-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Bradley A. Salters, in his official capacity only
c/o Office of the Attorney General of the State of Mississippi
550 High Street, Suite 1200
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Natalia J. Norwood
9401 Crete Circle
Tuscaloosa, AL 35406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/10/2026

/s/ Daniel B. McHugh
*Signature of Clerk or Deputy Clerk* by: OGG

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

Natalia J. Norwood

*Plaintiff(s)*

v.

The University of Mississippi et al

*Defendant(s)*

Civil Action No. 3:26-cv-00213-JDM-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Glenn Boyce, Ed.D., Chancellor of the University of Mississippi, in his official capacity only
c/o Office of the Attorney General of the State of Mississippi
550 High Street, Suite 1200
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Natalia J. Norwood
9401 Crete Circle
Tuscaloosa, AL 35406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/10/2026

/s/ Daniel B. McHugh

*Signature of Clerk or Deputy Clerk* by: OGG

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

Natalia J. Norwood

*Plaintiff(s)*

v.

The University of Mississippi et al

*Defendant(s)*

Civil Action No. 3:26-cv-00213-JDM-RP

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Kimberly M. DeVries, individually and in her official capacity
2404 West Wellsgate Drive
Oxford, Mississippi 38655

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Natalia J. Norwood
9401 Crete Circle
Tuscaloosa, AL 35406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/10/2026

/s/ Daniel B. McHugh

*Signature of Clerk or Deputy Clerk* by: OGG

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

Natalia J. Norwood

*Plaintiff(s)*

v.

The University of Mississippi et al

*Defendant(s)*

Civil Action No. 3:26-cv-00213-JDM-RP

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Noel E. Wilkin, Ph.D., in his official capacity only
c/o Office of the Attorney General of the State of Mississippi
550 High Street, Suite 1200
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Natalia J. Norwood
9401 Crete Circle
Tuscaloosa, AL 35406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/10/2026

/s/ Daniel B. McHugh

*Signature of Clerk or Deputy Clerk* by: OGG

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of Mississippi

Natalia J. Norwood

*Plaintiff(s)*

v.

The University of Mississippi et al

*Defendant(s)*

Civil Action No. 3:26-cv-00213-JDM-RP

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

The University of Mississippi
c/o Office of the Attorney General of the State of Mississippi
550 High Street, Suite 1200
Jackson, Mississippi 39201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Natalia J. Norwood
9401 Crete Circle
Tuscaloosa, AL 35406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF MISSISSIPPI

Date: 08/10/2026

/s/ Daniel B. McHugh

*Signature of Clerk or Deputy Clerk* by: OGG