**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**NATALIA J. NORWOOD** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:26-cv-213-JDM-RP**

**THE UNIVERSITY OF MISSISSIPPI;**
**KIMBERLY M. DEVRIES, individually and**
**in her official capacity;**
**BRADLEY A. SALTERS, in his official capacity only;**
**NOEL E. WILKIN Ph.D., in his official capacity only;**
**GLENN BOYCE Ed.D, Chancellor of the**
**University of Mississippi, in his official capacity only** **DEFENDANTS**

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants University of Mississippi, Kimberly M. DeVries, Bradley A. Salters, Noel E. Wilkin, Ph.D., and Glenn Boyce, Ed.D., respectfully move this Court for an extension of time in which to answer or otherwise respond to Plaintiff's Complaint in this matter. In support, Defendants state as follows:

1. Plaintiff filed this action on July 27, 2026. Defendants University of Mississippi, Bradley A. Salters, Noel E. Wilkin, and Glenn Boyce were served with the Complaint on August 14, 2026, making their response to the Complaint due September 4, 2026. Defendant Kimberly M. DeVries was served on August 27, 2026, making her response to the Complaint due September 17, 2026.

2. Undersigned counsel requires additional time to investigate the allegations of the Complaint and determine an appropriate response for each Defendant. All Defendants respectfully request an extension of time in which they may answer or otherwise respond to Plaintiff's Complaint.

3. Counsel for Defendants has conferred with Plaintiff, who is proceeding *pro se*, and she does not oppose this request.

4. The requested extension is not sought for purposes of delay and will not prejudice Plaintiff.

FOR THESE REASONS, Defendants respectfully request that the Court enter an order extending the deadline for all Defendants to answer or otherwise respond to Plaintiff's Complaint through and including September 25, 2026, Defendants request such other and further relief as the Court deems proper under the circumstances.

Respectfully submitted, this the 28th day of August 2026.

**THE UNIVERSITY OF MISSISSIPPI, KIMBERLY M. DEVRIES, BRADLEY A. SALTERS, NOEL E. WILKIN, Ph.D., AND GLENN BOYCE, Ed.D.**

*/s/ Paul B. Watkins, Jr.*
PAUL B. WATKINS, JR. (MB No. 102348)
Attorney for Defendants

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Telephone: (662) 236-0055
Facsimile: (662) 236-0035
pwatkins@mayomallette.com