**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**NATALIA J. NORWOOD** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:26-cv-213-JDM-RP**

**THE UNIVERSITY OF MISSISSIPPI;**
**KIMBERLY M. DEVRIES, individually and in her official capacity;**
**BRADLEY A. SALTERS, in his official capacity only;**
**NOEL E. WILKIN Ph.D., in his official capacity only;**
**GLENN BOYCE Ed.D, Chancellor of the University of Mississippi, in his official capacity only** **DEFENDANTS**

**ORDER**

Before the Court is Defendants' Motion for Extension of Time to answer or otherwise respond to Plaintiff's Complaint. Defendants request an extension of the deadline to answer or otherwise response to the Complaint until and through September 25, 2026. The Court is informed that Plaintiff does not oppose the requested relief.

Upon due consideration, the Court finds that the motion is well taken and is hereby GRANTED. It is, therefore, ORDERED that the deadline for all Defendants to respond to Plaintiff's Complaint shall be extended until and through September 25, 2026.

THIS, the 31st day of August 2026.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE

Presented by:

Paul B. Watkins, Jr. (MB No. 102348)
MAYO MALLETTE PLLC
2094 Old Taylor Road
Suite 200
Oxford, Mississippi 38655
(662) 236-0055
pwatkins@mayomallette.com