**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**NATALIA J. NORWOOD** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 3:26-cv-213-JDM-RP**

**THE UNIVERSITY OF MISSISSIPPI;**
**KIMBERLY M. DEVRIES, individually and**
**in her official capacity;**
**BRADLEY A. SALTERS, in his official capacity only;**
**NOEL E. WILKIN Ph.D., in his official capacity only;**
**GLENN BOYCE Ed.D, Chancellor of the**
**University of Mississippi, in his official capacity only** **DEFENDANTS**

**NOTICE OF ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Ashlyn Tracy, of Mayo Mallette PLLC, has been retained by Defendants the University of Mississippi, Kimberly M. DeVries, individually and in her official capacity, Bradley A. Salters, in his official capacity, Noel E. Wilkin, Ph.D., in his official capacity, and Glenn Boyce, Ed.D., in his official capacity in this matter. She gives notice to all parties in interest of her request that all notices given or required to be given in this case and all pleadings and other papers served or required to be served in this case be provided to and served upon her as follows:

Ashlyn Tracy (MB NO. 107241)
MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Tel: (662) 236-0055
Fax: (662) 236-0035
atracy@mayomallette.com

PLEASE TAKE FURTHER NOTICE that this demand includes not only the notices, pleadings, and other papers, but also includes, without limitation, all orders, applications, complaints, motions, petitions, pleadings, requests and demands, whether formal or informal,

whether *ex parte* or on notice, whether written or oral and whether transmitted or conveyed by mail, electronic means, hand-delivery, telephone, telecopier, telegraph or otherwise. Defendants specifically reserve all claims, defenses and objections.

THIS, the 9th day of October 2026.

Respectfully submitted,

**THE UNIVERSITY OF MISSISSIPPI, KIMBERLY M. DEVRIES, BRADLEY A. SALTERS, NOEL E. WILKIN, Ph.D., AND GLENN BOYCE, Ed.D.**

*/s/ Ashlyn Tracy*
ASHLYN TRACY (MB NO. 107241)
ATTORNEY FOR DEFENDANTS

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Tel: (662) 236-0055
atracy@mayomallette.com