October 8, 2026

Delivery method: Hand delivery

Clerk of Court
United States District Court
Northern District of Mississippi
911 Jackson Avenue, Suite 369
Oxford, Mississippi 38655

RECEIVED
OCT 08 2026
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

Re: *Norwood v. University of Mississippi, et al.*
Civil Action No. 3:26-cv-00213-JDM-RP
Filings submitted October 8, 2026 (response due October 9)

Dear Clerk of Court:

I am the pro se plaintiff in this case. I respectfully submit the documents listed below for filing. I have arranged them in the order I ask that they be docketed. Each exhibit has a labeled cover page so that it can be entered in the electronic filing system with its exhibit name and description.

1. First Amended Complaint (filed as a matter of course under Fed. R. Civ. P. 15(a)(1)(B)), with:
   - Exhibit FAC-1 – EEOC Notice of Dismissal and Right to Sue, Charge No. 490-2026-00516 (April 29, 2026)
   - Exhibit FAC-2 – EEOC Notice of Right to Sue, Charge No. 490-2026-02296 (May 21, 2026)

2. Plaintiff's Response in Opposition to Defendants' Motion to Dismiss [Doc. 11], with:
   - Exhibit A – Proposed Order Denying Defendants' Motion to Dismiss as Moot

3. Plaintiff's Memorandum Brief in Support of Her Response in Opposition to Defendants' Motion to Dismiss (a separate docket item under L.U. Civ. R. 7(b)(2), relating to Doc. 11)

4. Plaintiff's Motion for Leave to File Second Amended and Supplemental Complaint Under Rule 15(d), with:
   - Exhibit A – Proposed Second Amended and Supplemental Complaint
   - Exhibit B – Proposed Order Granting Motion for Leave

5. Plaintiff's Memorandum Brief in Support of Motion for Leave to File Second Amended and Supplemental Complaint (a separate docket item relating to Item 4)

Two notes may be helpful. First, the Proposed Second Amended and Supplemental Complaint (Exhibit A to Item 4) is attached for the Court's consideration only; I ask that it not be docketed

as an operative pleading unless the Court grants leave. Second, the proposed orders are attached as exhibits because I understand that parties may not communicate directly with chambers.

I have enclosed a second complete set for counsel for all Defendants and request Court-arranged service of all five filings and their exhibits, with the method and date recorded on the docket. The attached service notices do not certify completed service. I have also enclosed five extra first pages; please file-stamp them and return them to me at the counter.

Thank you for your time and assistance.

Respectfully,

Natalia J. Norwood
Plaintiff, pro se
9401 Crete Circle
Tuscaloosa, Alabama 35406
Telephone: (228) 280-9068
Fax: None
Email: nataliajnorwood.legal@gmail.com

Enclosures: as listed above
Copy for Paul B. Watkins, Jr., Counsel for Defendants, supplied to the Clerk for Court-arranged service.