**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

RECEIVED
OCT 08 2026
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

NATALIA J. NORWOOD

PLAINTIFF

v.

THE UNIVERSITY OF MISSISSIPPI;
KIMBERLY M. DEVRIES, individually
and in her official capacity;
BRADLEY A. SALTERS; NOEL E. WILKIN,
Ph.D.; and GLENN BOYCE, Ed.D.,
each in his official capacity

DEFENDANTS

CIVIL ACTION NO.
3:26-cv-00213-JDM-RP

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED AND SUPPLEMENTAL COMPLAINT UNDER RULE 15(d)**

Plaintiff Natalia J. Norwood, pro se, moves under Federal Rule of Civil Procedure 15(d) for leave to file the Second Amended and Supplemental Complaint attached as Exhibit A. In support, Norwood states:

1. Norwood filed her Original Complaint on July 27, 2026 [Doc. 1]. Defendants filed their Motion to Dismiss on September 25, 2026 [Doc. 11]. On September 28, 2026, the Court stayed proceedings under L.U. Civ. R. 16(b)(3)(B) [Doc. 13]. Today Norwood files her First Amended Complaint as a matter of course under Rule 15(a)(1)(B), together with her response and memorandum brief in opposition to Doc. 11.

2. The First Amended Complaint addresses events through the filing of this action. Exhibit A keeps the same eight counts and the same defendants and adds events that occurred after July 27, 2026: Norwood's July 29 and August 22 course communications; her September and October 2026 teaching assignments; her October 3 inquiry to GRS investigator Donna Wagner and Wagner's October 4 response that the Benson investigation report had been

submitted to the University and that she was awaiting the University's direction; Norwood's nonreceipt, as of October 8, of the report, an evidence-review packet, or a timetable; and the continuing investigation-conditioned staff-return deferral.

3. The new and revised allegations appear at proposed ¶¶ 98, 144–149, 192, and 230–236, with conforming incorporation references. Paragraphs after ¶ 144 are renumbered by four.

4. Exhibit A is a complete pleading, so the Court and Defendants need not assemble allegations from multiple documents. It relies on Exhibits FAC-1 and FAC-2, which are filed with the First Amended Complaint.

5. Doc. 13 stays the attorney conference, disclosure requirements, and discovery. L.U. Civ. R. 16(b)(3)(B). To the extent the Court considers leave necessary, Norwood requests limited relief from the stay solely for consideration of this motion and, if it is granted, for filing and service of the Second Amended and Supplemental Complaint and any response the Court directs. Norwood requests no discovery or disclosures through this motion.

6. On October 8, 2026, Norwood asked counsel for Defendants by email whether Defendants oppose this motion. She submits this motion by hand delivery to the Clerk with her other October 8 filings. Norwood does not represent that Defendants consent. She will promptly notify the Court of Defendants' position in response to that inquiry. L.U. Civ. R. 7(b)(10).

7. This motion does not seek to extend any deadline. To the extent leave under Rule 15(a)(2) is also required for any part of Exhibit A, Norwood requests it.

8. Exhibits: Exhibit A – Proposed Second Amended and Supplemental Complaint; Exhibit B – Proposed Order. A separate memorandum brief accompanies this motion.

WHEREFORE, Norwood asks the Court to grant this motion; to grant leave to file Exhibit A as a separately docketed item within seven days of the Court's order, L.U. Civ. R. 15; and to grant the limited stay relief described in ¶ 5.

Respectfully submitted, this the 8th day of October, 2026.

NATALIA J. NORWOOD
Plaintiff, pro se
9401 Crete Circle
Tuscaloosa, Alabama 35406
Telephone: (228) 280-9068
Fax: None
Email: nataliajnorwood.legal@gmail.com

Pro se Plaintiff. Plaintiff will promptly notify the Clerk of Court in writing of any change of address. L.U. Civ. R. 11(a).

**NOTICE REGARDING SERVICE**

On October 8, 2026, I am submitting the foregoing Motion for Leave to File Second Amended and Supplemental Complaint Under Rule 15(d), with Exhibit A (Proposed Second Amended and Supplemental Complaint) and Exhibit B (Proposed Order), to the Clerk by hand delivery, with an additional copy for counsel for all Defendants. I request Court-arranged service and that its method and date be recorded on the docket. This notice does not certify completed service. Counsel is:

Paul B. Watkins, Jr. (MB No. 102348)
Mayo Mallette PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
pwatkins@mayomallette.com

NATALIA J. NORWOOD
Plaintiff, pro se